# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-3310 MRW | Date | June 19, 2017 |
|---|---|---|---|
| Title | Atelier Fashion Company v. Old School Fairfax | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | None |
| Deputy Clerk | | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSAL

    Plaintiff filed a notice of voluntary dismissal without prejudice in this case. (Docket # 10.) This action is dismissed without prejudice.