A. SASHA FRID (State Bar No. 216800)
sfrid@millerbarondess.com
JEFFERY B. WHITE (State Bar No. 291086)
jwhite@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiff
ATELIER FASHION COMPANY, INC.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

ATELIER FASHION COMPANY, INC., a California corporation,

Plaintiff,

v.

OLD SCHOOL FAIRFAX, INC., a California corporation; FARHAD ESHAGHIAN, an individual; and DOES 1-10, inclusive,

Defendants.

**CASE NO. 2:17-cv-03310-MRW**

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF ATELIER FASHION COMPANY, INC.'S MOTION TO: (1) REOPEN CASE; AND (2) FOR ENTRY OF JUDGMENT PURSUANT TO THE PARTIES' STIPULATION**

Date: April 25, 2018
Time: 9:30 a.m.
Crtrm.: 550

Assigned for All Purposes to the Hon. Michael R. Wilner, Ctrm. 550

Trial Date: None Set

**~~[PROPOSED]~~ ORDER**

Upon due consideration of the parties' written submissions and arguments of counsel, and for good cause shown, the Court hereby **GRANTS** Plaintiff Atelier Fashion Company, Inc.'s ("Plaintiff") Motion (1) to Reopen Case and (2) for Entry of Judgment Pursuant to the Parties' Stipulation, filed on March 27, 2018.

Accordingly, the Court hereby reopens this case under Federal Rule of Civil Procedure 60(b) for the purpose of entering the Judgment Pursuant to the Parties' Stipulation (the "STIPULATED JUDGMENT"), pursuant to which Defendants Farhad Eshaghian and Old School Fairfax, Inc. ("Defendants") are ordered to pay mandatory and stipulated damages to Plaintiff in the amount of $200,000.00. A copy of the JUDGMENT PURSUANT TO STIPULATION is enclosed as **Exhibit "1"** hereto.

The Court further orders that Defendants shall be prohibited from coping, manufacturing, marketing, displaying, or selling any more items using the AMIRI trademark, trade dress or designs.

DATED: April 25, 2018

/s/ Judge Wilner
Hon. Michael R. Wilner
United States Magistrate Judge

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

# EXHIBIT "1"

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ATELIER FASHION COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>OLD SCHOOL FAIRFAX, INC., a California corporation; FARHAD ESHAGHIAN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 2:17-cv-03310-MRW**<br><br>**JUDGMENT PURSUANT TO STIPULATION**<br><br>Filed Concurrently with Stipulation for Entry of Judgment<br><br>Assigned for All Purposes to Hon. Michael R. Wilner, Ctrm. 550<br><br>Trial Date: None Set |

**EXHIBIT 1**
**Page 2**

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

**IT HAVING BEEN STIPULATED** by and between Plaintiff Atelier Fashion Company, Inc. ("Plaintiff") and Defendants Old School Fairfax, Inc. ("Old School") and Farhad Eshaghian ("Eshaghian") (together "Defendants") that Judgment be entered in accordance with the terms of the Stipulation for Entry of Judgment, effective May 30, 2017, said stipulation having been filed herewith, being fully advised, and **GOOD CAUSE APPEARING THEREFOR;**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. Judgment is hereby entered against Defendants Old School and Eshaghian, jointly and severally, in favor of Plaintiff, in the amount of $200,000.00;

2. The Judgment shall accrue interest at the rate of ten percent (10%) per annum from the date hereof on the principal sum of $200,000.00.

**IT IS SO ORDERED.**

DATED: April 25, 2018

/s/ Judge Wilner

HON. MICHAEL R. WILNER, Ctrm. 550
United States Magistrate Judge

**EXHIBIT 1**
**Page 3**